UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:09-MJ-42A |
| | ) | |
| GAIL DESIMONE | ) | |

AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant in the above entitled matter and moves that the conditions of release be modified as follows:

1) That the requirement of participation in a home confinement program is vacated and restrictions on the defendant's travel outside of her home are vacated, except that her travel is restricted to the District of Rhode Island.

2) That the order of no contact with Rocco DeSimone be vacated.

The defense is authorized to state that the Government does not object to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense believes that the filing of this motion would have no effect on the provisions of 18 U.S.C. Section 3161 (h).

GAIL DESIMONE
By her Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 20th day of March, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Luis Matos, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:09-MJ-42A |
| | ) | |
| GAIL DESIMONE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

There has been a change in the situation in this case in that Rocco DeSimone is now in custody. For these reasons the proposed modifications of the conditions of release are appropriate.

GAIL DESIMONE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 20th day of March, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Luis Matos, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net