UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:08-MJ-42A |
| | ) | |
| GAIL DESIMONE | ) | |

MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant in the above entitled matter and moves that the conditions of release be modified as follows:

1) That the defendant be permitted to travel to Windham Hills Farm in Sterling Connecticut provided such travel does not involve any overnight trips. In support of said motion, the defendant submits the attached memorandum of law.

The defense is authorized to state the Government does not oppose this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense believes that the filing of this motion would have no effect on the provisions of 18 U.S.C. Section 3161 (h).

GAIL DESIMONE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 4th day of April, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Luis Matos, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:08-MJ-42A |
| | ) | |
| GAIL DESIMONE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant has moved for permission to travel to Sterling Connecticut for trips that do not involve any overnight travel. The defendant has a horse at Windham Hills Farm in Sterling, which she desires to visit, which is the reason for this request.

GAIL DESIMONE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 4th day of April, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Luis Matos, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net